NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT LONG AND NICOLE LONG,          )
                                      )
        Appellants,                   )
                                      )
v.                                    )          Case No.  2D17-872
                                      )
BANK OF NEW YORK MELLON FKA           )
THE BANK OF NEW YORK as Trustee       )
or the Certificate Holders CWALT, INC., )
Alternative Loan Trust 2006-OA17,     )
Mortgage Passthrough Certificates,    )
                                      )
        Appellee.                     )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Pasco
County; Kemba Johnson Lewis, Judge.

Mark P. Stopa of Stopa Law Firm, LLC,
Tampa (withdrew after briefing); and
Latasha Scott of Lord Scott, PLLC, Tampa
(withdrew after briefing), for Appellants.

Robert and Nicole Long, pro se.

Joseph T. Kohn and Benjamin B. Brown
of Quarles & Brady LLP, Naples, for
Appellee.


PER CURIAM.

        Affirmed.

NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.